IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:16-cv-00377 |
| V. | § § | |
| ANGIE'S LIST, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Location Services IP, LLC states that its sole shareholder is Monument Patent Holdings, LLC, and that no publicly held corporation owns more 10% or more of Monument Patent Holdings, LLC's stock.

April 8, 2016                                           Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
  jedmonds@ip-lit.com
  Texas Bar No. 789758
Stephen F. Schlather
  sschlather@ip-lit.com
  Texas Bar No. 24007993
Shea N. Palavan
  spalavan@ip-lit.com
  Texas Bar No. 24083616
Brandon G. Moore
  bmoore@ip-lit.com
  Texas Bar No. 24082372
**COLLINS EDMONDS**
**SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

*Attorneys for Plaintiff,*
*Location Services IP, LLC*

P a g e **2 | 2**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

April 8, 2016                                                          /s/ *John J. Edmonds*
                                                                                  John J. Edmonds